IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHEROKEE INSURANCE COMPANY,** *et al.*                    **PLAINTIFFS**

**v.**                                             **CIVIL ACTION NO. 2:16-CV-98-KS-MTP**

**THOMAS SMITH,** *et al.*                              **DEFENDANTS**

### ORDER

On April 5, 2017, Plaintiffs filed a Motion for Partial Summary Judgment [52]. Defendants shall respond on or before **April 19, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiffs want to reply, they must do so within seven days of the filing of Defendants' response, but no later than **April 26, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiffs' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendants' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___6th___ day of April, 2017.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE